Brian T. SULLIVAN, petitioner,
v. Michael R. GLENN, Jr.,
et ux.

No. 15–147.

Dec. 7, 2015.

Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.